IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA FAYEWICZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REDNER'S MARKETS, INC., | : | |
| Defendant. | : | No. 09-2596 |

# ORDER

**AND NOW**, this  23RD  day of April, 2010, upon consideration of Defendant, Redner's Markets Inc., Motion for Summary Judgment (Doc. No. 21), and the Response of Plaintiff Sandra Fayewicz, (Doc. No. 23), it is **HEREBY ORDERED** that the Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendant on all claims asserted in Plaintiff's Complaint.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE